## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMY BETIT, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>CODEFIED, INC., d/b/a Housecall Pro, a Delaware corporation,<br><br>       Defendant. | Case No.: 0:19-cv-61363-RS |

### NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8, Defendant Codefied, Inc. d/b/a Housecall Pro ("HCP"), by and through its undersigned counsel, hereby notifies the Court of a similar, first-filed action pending against HCP in the United States District Court for the Eastern District of California, captioned *Armstrong v. Codefied, Inc.*, Case No. 2:19-cv-00550 ("*Armstrong*").

The *Armstrong* action was filed on March 28, 2019. The plaintiff in *Armstrong*, like Plaintiff in this case, asserts individual and putative class action claims against HCP for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA"). The *Armstrong* plaintiff alleges that he received two unsolicited, autodialed telephone calls from HCP marketing HCP's services, in violation of the TCPA. The *Armstrong* plaintiff seeks to represent a nationwide class of individuals who received unsolicited, autodialed calls from HCP marketing its services, from March 28, 2015 onward. On May 21, 2019, HCP filed a motion to dismiss *Armstrong* for lack of venue or to transfer the case to the United States District Court for the Southern District of California. A hearing on that motion is scheduled for July 30, 2019.

DATED: June 28, 2019

                                    */s/ T. Todd Pittenger*
                                    T. TODD PITTENGER, ESQ.
                                    Florida Bar No.:  768936
                                    Primary Email Address:
                                    todd.pittenger@gray-robinson.com
                                    Secondary Email Address:
                                    ana.ortiz@gray-robinson.com
                                    GRAYROBINSON, P.A.
                                    P.O. Box 3068
                                    301 E. Pine Street, Suite 1400
                                    Orlando, FL  32802-3068
                                    Telephone: 407-843-8880
                                    Facsimile: 407-244-5690
                                    *Counsel for Codefied, Inc. d/b/a HouseCall Pro*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 28th of June 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                    */s/ T. Todd Pittenger*