UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:19-CV-61363-RNS

AMY BETIT, individually and on behalf
of all others similarly situated

      Plaintiff,

v.

CODEFIED, INC., d/b/a HOUSECALL PRO,

      Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff AMY BETIT by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 17, 2019

      Respectfully Submitted,

  /s/ Jibrael S. Hindi                  .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:    855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on July 17, 2019, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

            /s/ Jibrael S. Hindi                  .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com