UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMY BETIT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CODEFIED, INC., d/b/a Housecall Pro, a Delaware corporation,

    Defendant.

Case No.: 0:19-cv-61363-RS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order dated July 18, 2019 [ECF # 13] and Federal Rule of Civil Procedure 41, Plaintiff Amy Betit and Defendant Codefied, Inc. d/b/a Housecall Pro, by and through their undersigned counsel, hereby stipulate that this action is dismissed with prejudice.

Dated: August 2, 2019

Respectfully submitted,

THE LAW OFFICES OF JIBRAEL S. HINDI

*/s/ Jibrael S. Hindi*
Jibrael S. Hindi (Fla. Bar 118259)
Thomas J. Patti, III (Fla. Bar 118377)
110 S.E. 6th Street, Suite 1700
Ft. Lauderdale, FL 3301
Telephone: (954) 907-1136
Facsimile: (855) 529-9540
Email: jibrael@jibraellaw.com
       tom@jibraellaw.com

*Attorneys for Plaintiff*

1

GRAYROBINSON, P.A.

*/s/ T. Todd. Pittenger*
T. Todd Pittenger (Fla. Bar 0768936)
Kelly J.H. Garcia (Fla. Bar 0694851)
301 E. Pine Street, Suite 1400
Orlando, FL 32801
Telephone: (407) 204-3103
Facsimile: (407) 244-5690
Email: todd.pittenger@gray-robinson.com
kelly.garcia@gray-robinson.com
ana.ortiz@gray-robinson.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                                       */s/ T. Todd Pittenger*
                                       T. Todd Pittenger