UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-61363-CIV-SMITH

AMY BETIT,

    Plaintiff,

vs.

CODEFIED, INC.,

    Defendant.
_____/

**ORDER OF FINAL DISMISSAL**

THIS MATTER is before the Court on the Parties' Stipulation of Dismissal with Prejudice [DE 14]. Upon consideration, it is

ORDERED that:

1. This matter is DISMISSED with prejudice.

2. All pending motions not otherwise ruled upon are DENIED as moot.

3. Each party shall bear its own attorney's fees and costs.

4. This case is CLOSED.

DONE AND ORDERED in Fort Lauderdale, Florida, this 6th day of August, 2019.

                                                          RODNEY SMITH
                                                          UNITED STATES DISTRICT JUDGE

cc:    All counsel of record